ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: christine.parvan@akerman.com

*Attorney for Defendant*
*Citimortgage, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADELINE N. JORDAN;<br><br>                Plaintiff,<br><br>v.<br><br>MOUNTAIN VIEW MORTGAGE, CITIMORTGAGE, FEDERAL NATIONAL MORTGAGE ASSOCIATION, NATIONSTAR MORTGAGE LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No.  2:11-cv-00523-GMN-PAL<br><br>**ORDER CANCELING LIS PENDENS** |

This Court issued an Order Dismissing CITIMORTGAGE, INC. (improperly named as "Citimortgage")("CMI") on August 5, 2011 [Dkt. 22].

CMI requests that the lis pendens Plaintiff Adeline N. Jordan recorded against the subject property be canceled.

The Court finds that Plaintiff Adeline N. Jordan recorded a Notice of Pending Action ("Lis Pendens") on or about June 9, 2011, as Instrument Number 20110609-0003697 in real property records maintained by the Clark County Recorder.  A copy of the Lis Pendens is attached hereto as **Exhibit A** and fully incorporated by reference.

{LV046581;1}                                                                 1

Upon consideration of CMI's request to cancel the above-referenced Lis Pendens, and good cause appearing therefore, the Court hereby grants CMI its requested relief and rules as follows:

1. It is ordered, adjudged and decreed that the above-referenced Lis Pendens is hereby canceled, released and expunged.

2. It is further ordered, adjudged and decreed that this Order canceling the above-referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. It is further ordered, adjudged and decreed that CMI records a properly certified copy of this Cancellation Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

**IT IS SO ORDERED** this 18th day of August, 2011.

_____
Gloria M. Navarro
United States District Judge

Submitted by:
**AKERMAN SENTERFITT LLP**

 /s/ Christine M. Parvan
ARIEL E. STERN
Nevada Bar No. 8276
CHRISTINE M. PARVAN
Nevada Bar No. 10711
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorney for Defendant*
*Citimortgage, Inc.*

# Exhibit A

# Exhibit A

Inst #: 201106090003697
Fees: $16.00
N/C Fee: $0.00
06/09/2011 04:41:52 PM
Receipt #: 806664
Requestor:
RYAN WEST
Recorded By: COJ    Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER



# RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

**APN#** 162-10-114-205

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

### TITLE OF DOCUMENT   (DO NOT Abbreviate)

Lis Pendens

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

### Recording requested by:

Ryan West

### Return to:

**Name** Corvus Law Group

**Address** 15 West South Temple, Suite 1000

**City/State/Zip** Salt Lake City, Utah 84101

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

APN #162-10-114-205
Ryan West (NV Bar 8721)
15 West South Temple, Suite 1000
Salt Lake City, Utah 84101
Telephone: 888-315-4735
Facsimile: 888-316-0929
Property: Karen
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ADELINE N. JORDAN,<br><br>*Plaintiff,*<br><br>v.<br><br>MOUNTIAN VIEW MORTGAGE, CITIMORTGAGE, FEDERAL NATIONAL MORTGAGE ASSOCIATION, NATIONSTAR MORTGAGE LLC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, and DOES 1 through 10, inclusive.<br><br>*Defendants.* | **LIS PENDENS**<br><br>Civil No. 2:11-cv-00523<br><br>Hon. |

NOTICE is hereby given that there is pending in the United States District Court, District of Nevada, the above-captioned action to quiet title to realty against all persons who have or claim an interest therein, respecting, APN #162-10-114-205 commonly known as 322 Karen Avenue #2805, Las Vegas, Nevada 89109, and legally referred to as: LIVING UNIT TWO THOUSAND EIGHT HUNDRED FIVE (2805) IN THE EAST TOWER OF FINAL MAP OF TURNBERRY TOWERS AT PARADISE ROAD & KAREN AVENUE, A CONDOMINIUM DEVELOPMENT, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 137 OF PLATS, PAGE 57, ... IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

APN: #162-10-114-205

Executed on May 24, 2011,

_____
Ryan West

1

JURAT

State of Utah ) 
                                ) ss

County of Salt Lake )

Subscribed, sworn to, and affirmed before me on _____May 24th_____, 2011, by Ryan West, who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Public

JENNIFER PRINCE
Notary Public State of Utah
My Commission Expires on:
April 20, 2015
Comm. Number: 608101

2